UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>Petitioner,<br><br>v.<br><br>JOHN DAGOSTINI,<br><br>Respondent. | No. 2:21-cv-1226 TLN KJN P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed July 19, 2021, petitioner was ordered to file a completed in forma pauperis affidavit or pay the court's filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. On August 25, 2021, petitioner was granted an additional thirty days in which to submit a completed request to proceed in forma pauperis. Such thirty-day period has expired, and plaintiff has not responded to the court's order and has not filed the required document.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
2  failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  Dated:  October 7, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/crai1226.fifp